FILED
JAN 20 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 1:06CR013-W |
| ) | [18 USC 659; |
| ROBERT ARTHUR GOOSBY ) | 18 USC 2314; |
| ) | 18 USC 2117] |
| ) | |
| ) | **INDICTMENT** |

The Grand Jury charges:

## COUNT 1

On or about the 28th day of May, 2004, in Houston County, in the Middle District of Alabama, and elsewhere, the defendant,

ROBERT ARTHUR GOOSBY,

unlawfully, willfully and knowingly, and with intent to convert to his own use, did embezzle, steal, take and carry away from the Alabama Motor Express Company (AMX) transfer lot, goods and chattels of a value in excess of $1000, that is, a trailer loaded with approximately $103,000.00 in Michelin Tires, which were moving as, were a part of, and constituted an interstate shipment of freight and express from AMX in Dothan, Alabama, to Michelin North America, Inc., Houston, Texas, in violation of Title 18, United States Code, Section 659.

## COUNT 2

On or about the 28th day of May, 2004, in Houston County, in the Middle District of Alabama, and elsewhere, the defendant,

ROBERT ARTHUR GOOSBY,

did unlawfully transport in interstate commerce from Ashford, Alabama, to Atlanta, Georgia, stolen goods, wares and merchandise, that is, a trailer loaded with Michelin Tires, of the value of $5,000.00 or more, knowing the same to have been stolen, in violation of Title 18, United States Code, Section 2314.

## COUNT 3

On or about the 28th day of May, 2004, in Houston County, in the Middle District of Alabama, and elsewhere, the defendant,

ROBERT ARTHUR GOOSBY,

willfully broke the seal of a motortruck trailer, containing an interstate shipment of freight in transit from Dothan, Alabama, to Houston, Texas, said trailer loaded with approximately $103,000.00 in Michelin Tires, with intent to commit a larceny therein, in violation of Title 18, United States Code, Section 2117.

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
United States Attorney

_____
K. David Cooke, Jr.
Assistant United States Attorney