UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

### CLERK'S MINUTES

CASE NO. __8:06-M-1050-TBM__   DATE: __January 30, 2006__

HONORABLE THOMAS B. McCOUN III   INTERPRETER _____
LANGUAGE _____

UNITED STATES OF AMERICA   Maria Chapa-Lopez
v.   Government Counsel

ROBERT ARTHUR GOOSBY   Walter Ruiz, AFPD
Defendant   Defense Counsel

COURT RPTR/TAPE __DIGITAL__   DEPUTY CLERK __Sonya Cohn__

TIME __4:21-4:40__   TOTAL _____ COURTROOM __12B__

PROCEEDINGS: [X] INITIAL APPEARANCE   [ ] DETENTION   [X] BOND HEARING
(Check proceedings that apply)   (RULE 5 - MDAL)

| | | |
|---|---|---|
| __X__ | Deft provided w/copy of [X] Indictment | [ ] Information [ ] Complaint [ ] Petition |
| __X__ | ARREST DATE: __1/30/06__ | [ ] NOT ARRESTED - Appeared on notice |
| __X__ | Court summarized charges | |
| __X__ | Court advises of Deft's Rule 5 rights | |
| __X__ | Financial Affidavit submitted for approval | |
| __X__ | FPD appointed for initial proceedings only | ____CJA counsel to be appointed |
| ____ | FPD appointed w/Deft to pay _____ | |
| ____ | Deft to retain counsel by _____ | |
| __X__ | Govt position on **release** or detention __Signature bond__ | |
| ____ | Pretrial Services Officer on background report | |
| ____ | Deft comments on background report | |
| ____ | Deft requests continuance to prepare for detention hearing | |
| ____ | Govt requests continuance to prepare for detention hearing | |
| ____ | Court grants Motion for Continuance. Detention hearing set for _____ | |
| ____ | Court: Order of Temporary Detention pending hearing | |
| ____ | Court: Order of Detention Pending Trial | |
| __X__ | Court: Orders Bond set at __$100,000 Signature__ | |
| | ____ Residence/travel restricted to Middle District of Florida | |
| | __X__ Pretrial Services Supervision | |
| | ____ No drugs, firearms, alcohol   __X__ No change of address w/out Court approval | |
| | __X__ Maintain/seek employment | |
| | __X__ Attend at least 1 AA meeting per week. | |
| | __X__ No new travel documents | |
| | __X__ Travel extended to include continental United States for work purposes. | |
| | ____ Pilot's license to be surrendered to _____ | |
| ____ | Preliminary Examination [ ] WAIVED | |
| ____ | Preliminary Examination [ ] REQUESTED/CONDUCTED - Probable cause established | |

Comments: Defendant directed to retain counsel in district of offense. Identity hearing waived. Defendant shall appear for arraignment before Judge Walker on 2/8/06 at 10:00 a.m., in Courtroom 5B.

SCANNED

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

_____Middle_____ DISTRICT OF _____Florida_____

UNITED STATES OF AMERICA

v.

_____Robert Arthur Goosby_____
Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: 8:06-m-1050 TBM

CHARGING DISTRICTS
CASE NUMBER: 1:06cr13-W

I understand that charges are pending in the _____Middle_____ District of _____Alabama_____ alleging violation of _____ and that I have been arrested in this district and
                                                                (Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(✓) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____Robert Goosby_____
Defendant

1-30-06
Date

_____
Defense Counsel