UNITED STATES DISTRICT COURT
Middle District of Florida
Office of the Clerk
United States Courthouse
Tampa, Florida 33602

RECEIVED
2006 FEB -6  A 10: 09

Sheryl L. Loesch, Clerk
Jessica Lyublanovitis, Chief Deputy - Operations
(813) 301-5458

Tampa Division Manager
(813) 301-5460

February 1, 2006

CLERK, U.S. DISTRICT COURT
Middle District of Alabama
P.O. Box 711
Montgomery, AL 36101

RE:  United States of America v. Robert Arthur Goosby
     Our Case No. 8:06-M-1050TBM
     Your Case No. 1:06-cr-13-W

Dear Sir:

Enclosed herewith are the following documents in the above styled cause which has been transferred to your jurisdiction pursuant to Rule 5(c)(2):

(X)  Original Magistrate Judge case documents

( )  Certified file (pertinent papers only)

(X)  Bond paperwork consisting of original release order and signature bond.

Kindly acknowledge receipt of this letter on the copy provided.

Very truly yours,

SHERYL L. LOESCH, CLERK

BY: Sonya R. Cohn

Enclosures.
*********************************************************************

THE ABOVE FILE HAS BEEN RECEIVED ON _____.

_____          _____
(Date)                          (Signature)