IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

UNITED STATES OF AMERICA )
 )
v )
 )
ROBERT GOOLSBY ) CR. NO. 1:06-cr-013-W
 )

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, ROBERT GOOLSBY, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL. Through to Oct 2006 trial term. RG CF

2/8/06
DATE

x Robert Goolsby
DEFENDANT

_____
ATTORNEY FOR DEFENDANT