| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE: February 8, 2006** |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING: 11:23 - 11:31** |

√ **ARRAIGNMENT**  ❒ **CHANGE OF PLEA**  ❒ **CONSENT PLEA**
❒ **RULE 44(c) HEARING**  ❒ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker     **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 1:06cr13-WKW-SRW     **DEFENDANT NAME:** Robert Arthur Goosby
**AUSA:** David Cooke     **DEFENDANT ATTORNEY:** Christine Freeman
Type counsel ( )Waived; ( )Retained; ( )CJA; ( √ )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Ron Thweatt
Interpreter present? ( √ )NO; ( )YES   Name:

---

√ This is defendant's **FIRST APPEARANCE.**
√ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
√ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
❒ **WAIVER OF INDICTMENT** executed and filed.
❒ **INFORMATION** filed.
❒ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**     √ Not Guilty
           ❒ Guilty as to:
               ❒ Count(s):
               ❒ Count(s):           ❒ dismissed on oral motion of USA
                               ❒ to be dismissed at sentencing

❒ Written plea agreement filed   ❒ **ORDERED SEALED**
❒ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count
√ CRIMINAL TERM:  10/16/06          √ WAIVER OF SPEEDY TRIAL filed.
           **DISCOVERY DISCLOSURE DATE:**     2/8/06
√ Defendant continued under same bond imposed by U. S. District Court, Middle District of Florida, Tampa
       ❒ Trial on _____; ❒ Sentencing on _____
❒ Defendant remanded to custody of U. S. Marshal
       ❒ Trial on _____; or ❒ Sentencing on _____
❒ Rule 44 Hearing:  ❒ Waiver of Conflict of Interest Form executed
           ❒ Defendant requests time to secure new counsel