**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 1:06cr13-W** |
| | ) | |
| **ROBERT ARTHUR GOOSBY** | ) | |

**NOTICE OF APPEARANCE**

    **COMES NOW** the undersigned counsel, Jennifer A. Hart, and enters her appearance on

behalf of the Defendant, Robert Arthur Goosby, in the above-styled case.

    Dated this 16th day of February 2006.

                      Respectfully submitted,


                      s/Jennifer A. Hart
                      **JENNIFER A. HART**
                      FEDERAL DEFENDERS
                      MIDDLE DISTRICT OF ALABAMA
                      201 Monroe Street, Suite 407
                      Montgomery, AL 36104
                      Phone: (334) 834-2099
                      Fax: (334) 834-0353
                      jennifer_hart@fd.org
                      AL Bar Code: HAR189

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2006, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which will send notification of such filing to the following:

David Cooke, Assistant United States Attorney.

Respectfully submitted,


s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189