**COURTROOM DEPUTY'S MINUTES**                         DATE: February 28, 2006

**MIDDLE DISTRICT OF ALABAMA**                         Digital Recording: 9:02 - 9:03

<u>**PRETRIAL CONFERENCE**</u>

**PRESIDING MAG. JUDGE. Susan Russ Walker**          **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER: 1:06cr13-WKW**                         **DEFENDANT(S) Robert Arthur Goosby**

|  GOVERNMENT  | <u>APPEARANCES</u> | DEFENDANT |
|---|---|---|
| David Cooke | * <br> *  Jennifer Hart <br> * <br> * <br> * | |

❏ **DISCOVERY STATUS:**
   Complete


❏ **PENDING MOTION STATUS:**


❏ **PLEA STATUS:**
   Notice of intent to change plea to be filed no later than noon on October 4, 2006


❏ **TRIAL STATUS**
   Trial at this point - Trial time - 2-3 days


❏ **REMARKS:**