**COURTROOM DEPUTY'S MINUTES**               **DATE: September 25, 2006**

**MIDDLE DISTRICT OF ALABAMA**               **Digital Recording: 3:11 - 3:12**

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE. Susan Russ Walker**          **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER: 1:06cr13-WKW**          **DEFENDANT(S)**     **Robert Arthur Goosby**

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| David Cooke | * | Jennifer Hart |
| | * | |
| | * | |
| | * | |

❑ **DISCOVERY STATUS:**
    **Complete**

❑ **PENDING MOTION STATUS:**

❑ **PLEA STATUS:**
    **Notice of intent to change plea to be filed on or before noon on October 4, 2006**

❑ **TRIAL STATUS**
    **Trial expected**
    **Trial time 2 ½ days**

❑ **REMARKS:**