IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06cr13-WKW |
| | ) | |
| ROBERT ARTHUR GOOSBY | ) | |

**<u>UNOPPOSED MOTION TO CONTINUE TRIAL</u>**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and as grounds for this Motion, states as follows:

1. Trial for the above referenced defendant is presently scheduled for October 16, 2006, before the Honorable William Keith Watkins.

2. The United States moves to continue the trial of the above-referenced defendant. Special Agent Tab Clardy, Federal Bureau of Investigation, is an essential material witness and will not be available on this date.

3. Special Agent Clardy is now assigned to the Houston office of the FBI. Because of the nature of this assignment, he is required by Congress to attend a mandatory 30 day training session in Quantico, Virginia beginning October 15, 2006. This training involves sensitive matters of national security, and cannot be rescheduled.

Based upon the above stated reasons, the United States respectfully requests a continuance in the trial of this case.

Respectfully submitted this the 6th day of October, 2006.

                LEURA G. CANARY
                UNITED STATES ATTORNEY

                /s/K. David Cooke, Jr.
                K. DAVID COOKE, JR.
                Assistant United States Attorney
                One Court Square, Suite 201
                Montgomery, AL 36104
                Phone: (334)223-7280
                Fax: (334)223-7135
                E-mail: david.cooke@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR. NO. 1:06cr13-WKW |
| ) | |
| ROBERT ARTHUR GOOSBY ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jennifer Hart, Esq.

Respectfully submitted,

/s/K. David Cooke, Jr.
K. DAVID COOKE, JR.
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: david.cooke@usdoj.gov