IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06cr013-WKW |
| | ) | |
| ROBERT ARTHUR GOOSBY | ) | |

## **ORDER**

For good cause, it is

ORDERED that proposed voir dire questions, all motions in limine and proposed jury instructions shall be filed on or before **December 28, 2006**.

DONE, this 16th day of November, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE