| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: December 18, 2006 |
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 3:32 - 3:3 |

## PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 1:06cr13-WKW | **DEFENDANT(S)** Robert Arthur Goosby |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Tommie Hardwick standing in for Kent Brunson | * | Jennifer Hart |

☐ **DISCOVERY STATUS:**
  Completed

☐ **PENDING MOTION STATUS:**
  Defendant may file motion to continue trial

☐ **PLEA STATUS:**
  Plea negotiations
  Notice of intent to change plea to be filed on or before noon on 12/27/06

☐ **TRIAL STATUS**
  Trial time 2-3 days

☐ **REMARKS:**
  Defendants wants to meet with government.  Defendant lives in California and more time is needed to get him here so continuance may be needed