IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR NO. 1:06-cr-13-WKW |
| | ) | |
| ROBERT ARTHUR GOOSBY | ) | |

### UNITED STATES' MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and hereby moves the Court to substitute Assistant United States Attorney Kent B. Brunson as counsel of record for the United States of America in this matter in place of Assistant United States Attorney K. David Cooke.

Respectfully submitted this the 19th of December, 2006.

                LEURA GARRETT CANARY
                UNITED STATES ATTORNEY

                /s/ Kent B. Brunson
                KENT B. BRUNSON
                Assistant United States Attorney
                Post Office Box 197
                Montgomery, Alabama 36101-0197
                334.223.7280
                334.223.7135 fax
                kent.brunson@usdoj.gov

**MOTION GRANTED**

THIS 20th DAY OF December, 20 06

_____
UNITED STATES MAGISTRATE JUDGE