IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06CR13-WKW |
| | ) | |
| ROBERT ARTHUR GOOSBY | ) | |

### **ORDER**

Upon consideration of the motion to withdraw (Doc. # 29) filed on December 28, 2006, and for good cause, it is

ORDERED that the motion to withdraw is GRANTED, and defendant's motion to require payment of transportation costs (Doc. # 28) is considered WITHDRAWN.

It is further ORDERED that the change of plea hearing presently scheduled for January 2, 2007 is hereby continued generally.

Done, this 29th day of December, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE