IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:06cr13-WKW |
| | ) | |
| ROBERT ARTHUR GOOSBY | ) | |

## ORDER

For good cause, it is

ORDERED that defendant's plea hearing previously scheduled for January 2, 2007 be and hereby is re-scheduled for 3:00 p.m. on February 1, 2007 in courtroom 5B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk of the Court is DIRECTED too provide a court reporter for this proceeding.

DONE, this 8th day of January, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE