IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | |
| <u>Robert Arthur Goosby</u> ) | Docket No. <u>1:06cr00013</u> |

The Court finds after considering all available evidence that the defendant is not likely to flee or pose a danger to the safety of any other person or the community if released pending <u>sentencing.</u>

[ √ ] A.   It is ordered that the defendant be released and continued under the same conditions imposed by the U. S. Magistrate Judge on <u>January 30, 2006.</u>

[ ] B. It is ordered that the defendant be remanded to the custody of the U.S. Marshal until the defendant posts the required bond as Ordered and/or agrees to comply with any other Ordered conditions of release as follows:

The defendant shall:

[ ] 1.   Execute an unsecured bond in the amount of $ _____.

[ ] 2.   Execute a bail bond with surety in the amount of $ _____.

[ ] 3.   Not commit a federal, state or local crime during the period of release.

[ ] 4.   Refrain from possessing a firearm or other dangerous weapon.

[ ] 5.   Report to the Chief U. S. Probation Officer of this District, or his designee, in accordance with instructions.

[ ] 6.   Avoid all contact with the following named persons who are alleged victims and/or witness involved in this case:
_____

[ ] 7.   Refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance as defined in Section 102 of the Controlled Substances Act (21 U.S.C. 802) without a prescription by a licensed medical practitioner.

[ ] 8.   Be restricted to travel in _____.

[ ] 9.   Random drug testing as directed by the Probation Officer and participate in a drug treatment program if deemed necessary by the Probation Officer.

DATE: 2/1/07

_____
U.S. Magistrate Judge