AO 245B (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

| | |
|---|---|
| DEFENDANT: | ROBERT ARTHUR GOOSBY |
| CASE NUMBER: | 1:06cr13-WKW |

Judgment — Page 2 of 6

RECEIVED 2007 JUL 17 A 10: 02

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

12 months and 1 day each count to be served concurrently.

☐ The court makes the following recommendations to the Bureau of Prisons:

RETURNED AND FILED
JUL 23 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

X before 2 p.m. on    June 18, 2007

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  6·18·07  to  United States Penitentiary
ATTN: RECORDS
3901 Klein Blvd.
at _____, with a certified copy of this judgment.  Lompoc, CA 93436

_Lindy Sanders, Warden_
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Mark Huerth, L.I.E.
FCC Lompoc